# THE LEYVI LAW GROUP, P.C.

227 SEA BREEZE AVENUE, SUITE C201, BROOKLYN, NEW YORK 11224      **T:** 718.676.0900
**F:** 718.676.2299
**E:** MLEYVI@GMAIL.COM

August 27, 2024

**VIA EMAIL**
Hon. Judge Margaret M. Garnett
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

    Re:    Ydris Juma v. Ivo Georgiev Karaminov and G. Zavitz Ltd.
             Civil Action No. 24-CV-05254 (MMG)

Dear Hon. Judge Garnett:

This Office represents Plaintiff, Ydris Juma, in the above-referenced matter, which is currently scheduled for an initial conference on August 28, 2024 at 11:30am. Due to sudden and severe flu-like symptoms, I am unable to attend tomorrow's conference and therefore respectfully request an adjournment of same. I have conferred with defendants' counsel, Ms. Beverly Barr, Esq., who has consented to the adjournment. It is requested that the conference be adjourned to October 16, 2024 or such other following date as the Court may set.

The reason for the extended adjournment is because since the filing of the Joint Status Letter on August 21, 2024, the undersigned has received video footage of the accident and must review that footage with the plaintiff before proceeding further. Additionally, the undersigned must make a motion for pro hac vice admission to this Court. Per the Court's procedure, the undersigned has duly requested e-filing access and anticipates filing the motion once the request is granted.

Thank you for your consideration in this matter.

Very truly yours,

*Maksim Leyvi*
Maksim Leyvi

Cc:    Beverly M. Barr, Esq.
       Dickie McCamey & Chilcote
       445 Hamilton Avenue, Suite 1102
       White Plains, NY 10601-1832
       bbarr@dmclaw.com

---

The Initial Pretrial Conference, which was previously scheduled for August 28, 2024, is hereby ADJOURNED to **Wednesday, October 16, 2024 at 11:00 a.m.** Counsel must be prepared to discuss the dash camera video footage described in their joint letter at Dkt. No. 8. If this case is settled or otherwise terminated, counsel will not be required to appear for the conference provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. The Clerk of Court is directed to terminate Dkt. No. 10.

SO ORDERED.  Date 8/27/2024

*[signature]*

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE