UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YDRIS OLIVO JUMA,

                    Plaintiff,

      -against-

IVO GEORGIEV KARAMINOV, and G. ZAVITZ LTD

                  Defendants.
------------------------------------------------------------------X

24 Civ. No. 5254 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Wednesday, January 22, 2025 at 2:00 p.m.**  Defense counsel is directed to submit a joint status letter no later than **Friday, January 17, 2025** advising the court as to the status of this matter.  The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [252 603 145 892]  Passcode: [bjGnoP]**

    SO ORDERED.

DATED:    New York, New York
                November 13, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge