UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YDRIS OLIVO JUMA,

                Plaintiff,

    -against-

IVO GEORGIEV KARAMINOV and G.
ZAVITZ LTD.,

               Defendants.
-----------------------------------------------------------------X

24 Civ. No. 5254 (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Thursday, May 8, 2025 at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than **Monday, May 5, 2025** advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [265 090 317 644]  Passcode: [Pv6zw6yM]**

    **SO ORDERED.**

DATED:    New York, New York
                February 26, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge