UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YDRIS OLIVO JUMA,

                              Plaintiff,                    **24 Civ. No. 05254 (GS)**

           -against-                                   **<u>TRIAL ORDER</u>**

IVO GEORGIEV KARAMINOV, *et al.,*

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    The Court has scheduled trial to begin in this matter on **Tuesday, April 21, 2026**.  The

parties are directed to familiarize themselves with the Court's Individual Practice Rules in Civil

Cases: Individual Practices in Civil Cases.pdf.

    In advance of trial, the parties shall file:

- A joint Proposed Pretrial Order, proposed *voir dire* questions, proposed jury instructions, a proposed verdict sheet, and individual Trial Memorandum of Law are due no later than **Friday, February 13, 2026.**
- Any motions *in limine* are also due by **Friday, February 13, 2026**, with oppositions due by **Friday, February 27, 2026.**
- A binder of pre-marked exhibits is due no later than **Monday, April 13, 2026**;

The final pretrial conference will be held on **Monday, April 13, 2026 at 10:00 a.m.** in

Courtroom 9A at 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be

attended by the attorneys who will serve as principal trial counsel.

             **SO ORDERED.**

DATED:     New York, New York       _____
             October 17, 2025           The Honorable Gary Stein
                                   United States Magistrate Judge